**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) Case No. 1:21-mj-00071 ) |
| LISA MARIE EISENHART | ) ) ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT
AND ALL PARTIES OF RECORD:

      Please enter the appearance of Gregory S. Smith, as appointed counsel under the Criminal Justice Act for Defendant Lisa Eisenhart, in the above-referenced case.

Dated  Washington, D.C.        Respectfully submitted,
       February 1, 2021

                                                        /s/ Gregory S. Smith
                                           Gregory S. Smith (D.C. Bar #472802)
                                           Law Offices of Gregory S. Smith
                                           913 East Capitol Street, S.E.
                                           Washington, D.C. 20003
                                           Telephone: (202) 460-3381
                                           Facsimile: (202) 330-5229
                                           Email: gregsmithlaw@verizon.net