UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:21-cr-118 (RCL) |
| | ) |
| LISA MARIE EISENHART | ) |

## DEFENDANT'S NOTICE OF FILING

NOW COMES Defendant Lisa Marie Eisenhart, by and through undersigned appointed counsel, and formally files in this case a copy of the transcript from her detention hearing held before U.S. Magistrate Judge Frensley in the Middle District of Tennessee.  This same document was previously provided to Chambers and was recently cited in this Court's recent Opinion.  *See, e.g.,* Docket #24, at p.2.  It is therefore now being formally filed in this case as well, as Exhibit A hereto, in order to complete the record before this Court.

Dated   February 18, 2021	Respectfully submitted,

   /s/  Gregory S. Smith
Gregory S. Smith (D.C. Bar #472802)
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C.  20003
Telephone: (202) 460-3381
Facsimile: (202) 330-5229
Email: gregsmithlaw@verizon.net

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is automatically being served upon all counsel of record, via the Electronic Case Filing system.

This 18th day of February, 2021.

   /s/  Gregory S. Smith
Gregory S. Smith