**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) Case No. 1:21-cr-118 (RCL) |
|  | ) |
| LISA MARIE EISENHART | ) |
|  | ) |

**DEFENDANT'S NOTICE OF APPEAL FROM DENIAL OF PRETRIAL RELEASE**

NOW COMES Defendant Lisa Marie Eisenhart, by and through undersigned appointed counsel, and pursuant to 18 U.S.C. § 3145(c) and 28 U.S.C. § 1291, hereby appeals from this Court's Order, Opinion and related filings denying pretrial release (Docket Nos. 24, 26 & 27).

Dated   February 18, 2021                Respectfully submitted,

                                                              /s/ Gregory S. Smith
                                               Gregory S. Smith (D.C. Bar #472802)
                                               Law Offices of Gregory S. Smith
                                               913 East Capitol Street, S.E.
                                               Washington, D.C.  20003
                                               Telephone: (202) 460-3381
                                               Facsimile: (202) 330-5229
                                               Email: gregsmithlaw@verizon.net

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is automatically being served upon all counsel of record, via the Electronic Case Filing system.

This 18th day of February, 2021.

                                                              /s/ Gregory S. Smith
                                               Gregory S. Smith