**gregsmithlaw@verizon.net**

| | |
|---|---|
| **From:** | Glover, Eric (DOC) <eric.glover@dc.gov> |
| **Sent:** | Thursday, February 25, 2021 1:21 PM |
| **To:** | Gregory Smith |
| **Cc:** | Wilson, Michelle (DOC) |
| **Subject:** | RE: Lisa Eisenhart (DCDC 376-543) - currently held at CTF |

Mr. Smith

DOC's residents security classification is determined by the agency's Case Management staff. Also, the Case Management staff conduct periodic reviews to determine if a resident's classification is to be changed. Per the DC Code, DOC is responsible is for the safekeeping, care, protection, and classification of its residents. If your client would like to discuss her classification, she should speak with her Case Manager.

Regards,

Eric S. Glover
General Counsel
District of Columbia
Department of Corrections
2000 14th Street, N.W.
Seventh Floor
Washington, D.C. 20009
Phone: (202) 671-0088
Office Cell: (202) 286-8736
Fax: (202) 671-2514



**Confidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

**Metadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.

**From:** Gregory Smith [mailto:gregsmithlaw@verizon.net]
**Sent:** Thursday, February 25, 2021 1:01 PM
**To:** Glover, Eric (DOC) <eric.glover@dc.gov>
**Cc:** Wilson, Michelle (DOC) <michelle.wilson@dc.gov>
**Subject:** Re: Lisa Eisenhart (DCDC 376-543) - currently held at CTF

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Mr. Glover:

1

Thank you for your prompt response. Can you please advise how (on what basis) she received this "maximin" security classification, who decided that, and whether she or I can review any documents related to that? Also, can you advise what legal avenues she might have available within DOC to challenge that classification?

I would greatly appreciate this information.

Thank you —

Greg Smith

Sent from my iPhone

> On Feb 25, 2021, at 12:17 PM, Glover, Eric (DOC) <eric.glover@dc.gov> wrote:
>
> Counsel:
>
> In response to your email below and per my previous email to you, please be advised that due to the medical stay in place at DOC, all residents are confined to their cell's for 23 hours per day. Also, your client has a "maximum" security designation and as such, she is shackled during her movements throughout DOC's facilities. If you have any additional questions or concerns, please do not hesitate to contact me.
>
> Regards,
>
> Eric S. Glover
> General Counsel
> District of Columbia
> Department of Corrections
> 2000 14th Street, N.W.
> Seventh Floor
> Washington, D.C. 20009
> Phone: (202) 671-0088
> Office Cell: (202) 286-8736
> Fax: (202) 671-2514
> <image001.jpg>
>
> **Confidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.
>
> **Metadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.
>
> **From:** Glover, Eric (DOC)
> **Sent:** Thursday, February 25, 2021 8:57 AM
> **To:** gregsmithlaw@verizon.net
> **Subject:** RE: Lisa Eisenhart (DCDC 376-543) - currently held at CTF
>
> Counsel,

Please I will look into this matter and get back to you as so as possible. However, please note that due to the medical stay in place at DOC, all resident are confined to their cells for 23 hours per day as part of the agency's COVID-19 prevention policy. Also, the court did not order that Mr. Chansely be transported to another facility.

Regards,

Eric S. Glover
General Counsel
District of Columbia
Department of Corrections
2000 14th Street, N.W.
Seventh Floor
Washington, D.C. 20009
Phone: (202) 671-0088
Office Cell: (202) 286-8736
Fax: (202) 671-2514
<image001.jpg>

**Confidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

**Metadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.

**From:** gregsmithlaw@verizon.net <gregsmithlaw@verizon.net>
**Sent:** Wednesday, February 24, 2021 6:04 PM
**To:** Glover, Eric (DOC) <eric.glover@dc.gov>
**Subject:** Lisa Eisenhart (DCDC 376-543) - currently held at CTF

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Dear Mr. Glover:

I have been appointed to represent Ms. Eisenhart in a case in the US District Court for DC, assigned to the Hon. Royce C. Lamberth.

I will try to be respectful of your time, as I am aware of how difficult your job is. As a result of that, I generally try to avoid "second-guessing" of BOP/DOC officials. But the situation involving Ms. Eisenhart appears quite unusual. When I tried to inquire into some of this during her recent detention hearing, Judge Lamberth suggested that I contact you directly, so I am doing that now.

I may be wrong about some of this, but my understanding is that Ms. Eisenhart may be facing what I would consider to be highly unusual, unnecessary restrictions at CTF. She is not allowed in general population, so is basically being held in solitary, and allowed only 1 hour/day 5 hours/week "recreation" in what is basically just time spent in a larger cell. Averaging 23 hours+/day in her cell, she has little or

no human contact. Her commissary situation also appears somewhat uncertain. And she is apparently handcuffed and shackled whenever she moves outside of her cell.

I recognize the nature of the case in which I represent her, but this is also a woman with no prior criminal history at all - none. Other detainees at CTF, for example, including people charged with very violent crimes and even her son (Eric Munchel) who is charged in the same case as she is, appear to be receiving far greater freedoms than Ms. Eisenhart – for example, I believe Mr. Munchel may now be in general population. But most or all of Ms. Eisenhart's highly restrictive and unusual restrictions (such as being shackled even inside of the jail) still remain in place.

If this situation remains unsatisfactory, Judge Lamberth did invite me to file a formal motion, and he even said in the Chandler case he had ultimately directed the defendant to be moved to a different jail facility, after certain concerns could not be resolved. I hope that will not be necessary here. Perhaps this is not even a matter within your ability to fix, given the high-profile nature of some of these cases. As noted, I know you have a hard job. But I also need to do my own job in representing my client. So please give me a call when you can so we can discuss this further.

I do appreciate your courtesy and look forward to hopefully speaking with you about this matter soon. Many thanks and best regards—

Greg Smith
Law Offices of Gregory S. Smith
Telephone: 202.460.3381
Fax: 202.330-5229
Email: gregsmithlaw@verizon.net
Website: www.triallawyerdc.com

*Washington DC Downtown Office:*
1200 19th Street NW, 3rd Floor
Washington, DC  20036
*Capitol Hill Office:*
913 East Capitol Street, SE
Washington, DC  20003

Confidential Attorney-Client Communicaton/Attorney Work Product: This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Moreover, any inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication or otherwise. If you received this message in error, please immediately notify the sender by replying to this message or by telephone at (202) 460-3381 and then permanently delete the material received. Note: receipt of this email does not create or establish any attorney-client relationship in the absence of a signed retainer agreement.

&lt;image002.jpg&gt; Virus-free. www.avg.com