

U.S. Department of Justice

Channing Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 30, 2021

Susan Roland
Federal Public Defender for DC
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500
Fax: 202-208-7515
Email: sandra_roland@fd.org
*Counsel for Eric Munchel*

Greg Smith
Law Offices of Gregory Smith
913 East Capitol Street, SE
Washington, DC 20003
(202) 460-3381
Fax: (877) 809-9113
Email: gregsmithlaw@verizon.net
*Counsel for Lisa Eisenhart*

**BY EMAIL**

      Re:   *United States v. Eric Munchel and Lisa Eisenhart*
               Case No. 21-cr-118
               Volume 4 of Informal Discovery

Dear Counsel:

      Please find enclosed a USAFx file entitled "Volume 4 (Informal) – July 30, 2021" containing Volume 4 of Informal Discovery, which includes the following 88 files:

Folder: Fast Track Volume 2 (Informal) (74 files)

      Please note, all the materials in this folder are in the process of being formally produced with Bates numbers and load files.

      This folder includes additional FBI reports and FBI TIES Reports (61 files) largely relating to public tips that were submitted to the FBI. Please note that we are in the

process of obtaining the media objects that are summarized in each of these TIES reports. These objects will be produced in Bates numbered and load ready files in the third volume of Fast Track discovery. If there are specific objects that you would like me to obtain prior to the third volume of Fast Track discovery, please advise me and I will endeavor obtain the specific item prior to the full production of all objects and to produce it in informal discovery.

This folder also includes the following videos:

Highly Sensitive (8 videos)
8 videos from U.S. Capitol Police and the Senate Floor

Sensitive (5 videos):
4 BWC videos[1] from inside of the U.S. Capitol
1 video entitled "Inside the 2021 Storming of the United States Capitol"

Folder: Seized Videos (Other Investigations)

This file includes videos that were seized during the course of other investigations and which I have determined may include footage of the above-named defendants.

These files will also be provided in Bates numbered and load ready files in the third volume of Fast Track discovery.

Sensitive (14 videos):
14 videos seized in the course of two other investigations of January 6 defendants[2]

Prior production of 12 Body Worn Camera videos from January 5, 2021

On June 22, 2021, Ms. Roland requested the BWC footage from the January 5, 2021 MPD encounter with Mr. Munchel. On June 28, 2021 and June 29, 2021, I sent you download links from evidence.com containing links to download 12 BWC videos from the January 5, 2021 MPD encounter with Mr. Munchel. Additionally, those 12 BWC videos will be contained in the third Fast Track discovery production.

---

[1] The BWC videos are lengthy. I have reviewed the videos and identified Mr. Munchel and Mrs. Eisenhart descending down an adjacent stairwell at approximately 14:48 in each of the videos.

[2] Please note that based on my review of these videos, the above-mentioned defendants do not appear in all of these videos. However, out of an abundance of caution, if one of the above-mentioned defendants appeared in a video seized from a separate defendant, I have included all seized videos from that particular defendant, regardless of whether one of the above-mentioned defendants appeared in the video.

Summary of Prior Productions

For your convenience, I am summarizing the prior discovery productions in this matter:

| Production | Date | Number of Items |
|---|---|---|
| Production of Detention Appeal Materials | March 3, 2021 | 12 items |
| Informal Discovery Volume 1 | March 4, 2021 | 40 items seized from Mr. Munchel's cell phone |
| Informal Discovery Volume 2 | March 9, 2021 | 147 search warrant photos |
| Image of Munchel's cell phone (offered to both counsel and provided to Federal Defenders Office) | March 29, 2021 | 1 image of cell phone seized from Mr. Munchel |
| Informal Discovery Volume 3 | April 7, 2021 | 73 items |
| Fast Track Discovery Volume 1 | May 24, 2021 | 5,461 items |
| Viewing Letter | July 13, 2021 | Regarding 42 physical items |
| Informal Discovery Volume 4 | July 30, 2021 | 88 items |
| Fast Track Discovery Volume 2 | *In Production* | *Approximately* 74 items |
| Fast Track Discovery Volume 3 | *TBD* | Will include January 5, 2021 BWC, TIES media objects, and comprehensive TIES reports |

The materials are provided to you pursuant to the protective order entered in this case, ECF No. 68.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16.  I will provide timely disclosure if any such material comes to light.  Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries.  I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial.  *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

      Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

      I will forward additional discovery as it becomes available. As always, if you have any questions, please feel free to contact me.

      Sincerely,

/s/ Leslie A. Goemaat
Leslie A. Goemaat
Assistant United States Attorney
202-803-1608

Enclosure(s)

Cc:  Shirley Lewis, Federal Defender's Office
      Justin Sher, DOJ, National Security Section