**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Let this be filed.<br>*Royce C. Lamberth*<br>U.S. D.J. 4/18/23 |
| v. : | Case No.: 1:21-cr-118 (RCL) |
| **LISA EISENHART,** : | |
| **Defendant.** : | |

## AGREEMENT AND WAIVER OF JURY TRIAL RIGHTS

Defendant Lisa Eisenhart, by and through counsel, hereby acknowledges that she will be waiving the following rights by proceeding with a Stipulated Trial:

1. The constitutional right to trial by jury. At a trial, the government would have to present evidence to prove the defendant's guilt beyond a reasonable doubt.

2. The right to cross-examine witnesses presented by the government and the right to have witnesses called to court to testify on behalf of the defendant.

3. The right to counsel to assist the defendant at trial.

4. The right to testify if the defendant chose to do so. However, if the defendant chose not to testify, the Court would instruct the jury that the decision could not be used against the defendant.

5. At a jury trial, the defendant could not be convicted unless all 12 jurors agreed that the Government had proved the defendant's guilt beyond a reasonable doubt.

6. If you are not a citizen of the United States, your conviction could result in your deportation or have other immigration consequences.

7. If convicted on one or more of Count Four, the violation of 18 U.S.C. § 1752(a)(1) and (b)(1)(A); Count Six, the violation of 18 U.S.C. § 1752(a)(2) and (b)(1)(A); Count