UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 1:21-cr-118 (RCL) |
| LISA MARIE EISENHART | ) |

## [PROPOSED] ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE

Having considered Defendant's Unopposed Motion to Modify Conditions of Release, and for good cause shown, it is hereby

**ORDERED** that the Unopposed Motion is **GRANTED**. Ms. Eisenhart's U.S. pretrial supervision shall be transferred from the Northern District of Georgia to the Middle District of Tennessee. Ms. Eisenhart's older son, who previously served as an approved custodan for co-defendant Eric Munchel in the Middle District of Tennessee, may now serve on the same terms as a substitute custodian for his mother in that same District. Once transfer is effectuated and all related paperwork is acceped and approved by the U.S. Probation Office in the Middle District of Tennessee, Ms. Eisenhart may move to Tennessee to reside with her older son, and her previous custodian in the Northern District of Georgia will at that point be relieved of all further duties.

IT IS SO ORDERED.

_9/21/23_
Date

_Royce C. Lamberth_
The Honorable Royce C. Lamberth
Senior United States District Judge