# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:21-cr-118 (RCL) |
| | ) |
| LISA MARIE EISENHART | ) |
| | ) |

## UNOPPOSED MOTION TO EXTEND SURRENDER DATE

NOW COMES Defendant LISA MARIE EISENHART, through undersigned counsel, and for the same reasons stated in co-defendant Eric Munchel's recent motion (ECF #241) – namely, the fact that Ms. Eisenhart's grandson has not yet been born – now moves this Court to similarly extend her surrender date to the Bureau of Prisons by 30 days, until January 26, 2024.

Assistant U.S. Attorney Michael Gordon did not oppose Munchel's motion and he advises he does not oppose this motion either. Ms. Eisenhart remains in full compliance with all conditions of her pretrial release. For the same reasons that justified Munchel's motion being granted, Ms. Eisenhart's reporting date should be delayed so both can report on the same date.

Respectfully submitted,

_____/s/_____
Gregory S. Smith, D.C. Bar No. 472802
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C. 20003
(202) 460-3381
*Counsel for Defendant Lisa Marie Eisenhart*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion is being served upon counsel for the United States via the Electronic Case Filing system.

This 12th day of December, 2023.

_____/s/_____
Gregory S. Smith