# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3170**                        **September Term, 2024**

**1:21-cr-00118-RCL-2**

**Filed On: November 20, 2024** [2085751]

United States of America,

       Appellee

   v.

Lisa Marie Eisenhart,

       Appellant

## M A N D A T E

In accordance with the order of November 20, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                                  BY:     /s/
                                                  Selena R. Gancasz
                                                  Deputy Clerk

Link to the order filed November 20, 2024