UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 1:21-CR-118-02 (RCL) |
| ) | |
| LISA EISENHART ) | |

**DEFENSE MOTION FOR PAYMENT OF TRAVEL EXPENSES
OF DEFENDANT, PURSUANT TO 18 U.S.C. § 4285**

NOW COMES Defendant Lisa Eisenhart, by and through undersigned appointed counsel, and respectfully moves this Court to order the United States Marshal's Service to make travel arrangements as needed for her to travel from her home in Nashville, Tennessee to Washington, DC, to attend the resentencing in this case, scheduled on January 16, 2025, and for housing and subsistence payments as allowable.  In support of this motion, counsel submits the following:

1. Ms. Eisenhart has previously appeared in this Court on several occasions.  She was previously determined to be sufficiently indigent to qualify for appointed counsel.

2. Title 18 U.S.C. § 4285 provides that the Court may direct the United States marshal to arrange for an indigent defendant's means of noncustodial transportation, or furnish the fare for such transportation to the place where an appearance is required, and in addition may direct the United States marshal to furnish the person with an amount of money for subsistence to the destination, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).

Ms. Eisenhart is represented by undersigned CJA counsel.  Ms. Eisenhart is eligible for travel reimbursement under 18 U.S.C. § 4285, and this request for payment of Ms. Eisenhart's travel expenses is now being submitted for the Court's consideration.

WHEREFORE, for the foregoing reasons, defense counsel respectfully requests that the Court order the United States Marshal's Service to pay travel expenses as necessary and to make appropriate arrangements to facilitate Ms. Eisenhart's appearance at the resentencing hearing scheduled to occur in this Court on January 16, 2025.  A proposed order is being filed herewith.

This 17th day of day of December, 2024.

Respectfully submitted,

   /s/ Gregory S. Smith             
Gregory S. Smith (D.C. Bar No. 472802)
Law Offices of Gregory S. Smith
913 East Capitol Street SE
Washington, DC  20003
(202) 460-3381
Email: gregsmithlaw@verizon.net
*Appointed Counsel for Lisa Eisenhart*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2024, I caused a copy of the foregoing to be served on all counsel of record automatically, through the Court's electronic filing system (ECF).

                                                    /s/ Gregory S. Smith
                                                    Gregory S. Smith