UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-CR-00118-RCL |
| ) | |
| LISA MARIE EISENHART ) | |
| ) | |
| Defendant ) | |

**DEFENDANT LISA EISENHART'S MOTION TO SUBSTITUTE COUNSEL**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW Comes Defendant Lisa Eisenhart, by and through undersigned counsel, William L. Shipley, and hereby files this Motion to Substitute Counsel.

On December 27, 2024, Defendant Eisenhart retained undersigned counsel to appear on her behalf in this matter, including the resentencing hearing set for January 16, 2025.

Undersigned counsel notified Defendant Eisenhart's current CJA appointed counsel, Gregory Smith, of Defendant Eisenhart's request for the substitution, and he has no objection.

Undersigned counsel agreed to appear on Defendant Eisenhart's behalf on January 16, 2025, and is NOT requesting that the resentencing hearing be rescheduled.

Dated: December 30, 2024          Respectfully submitted,

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com