UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

LISA EISENHART,

Defendant.

Case No. 1:21-cr-118-02-RCL

## AMENDED ORDER

Upon consideration of the defendant's Motion for Payment of Travel Expenses Pursuant to 18 U.S.C. § 4285, and for good cause shown, it is hereby

**ORDERED** that the defendant's Motion is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that, pursuant to 18 U.S.C. § 4285, the United States Marshals Service shall arrange and pay for the defendant's noncustodial transportation from her home in Nashville, Tennessee, to this Court for the purposes of attending her resentencing hearing in this Court, currently scheduled to occur on January 16, 2025 at 12:30pm, and, to the extent allowable, to also provide the defendant with reasonable subsistence costs as needed for her attendance and participation in that resentencing hearing, in an amount not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a). However, the United States Marshals Service is not required to arrange and pay for the defendant's return travel. *See United States v. James*, 762 F. Supp. 1, 2 (D.D.C. 1991) (holding that 18 U.S.C. § 4285 "does not authorize the Court to direct the Marshal to pay" for the defendant's return travel).

Date: 1-2-24

Royce C. Lamberth
United States District Judge