UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 21-CR-00118-RCL |
| ) | |
| LISA MARIE EISENHART ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT LISA EISENHART'S ERRATA TO MOTION FOR DEFENDANT TO APPEAR FOR RESENTENCING VIA VIDEOCONFERENCE**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

COMES NOW Defendant Lisa Eisenhart, by and through his undersigned counsel of record William L. Shipley, and hereby respectfully makes this motion to allow Defendant Eisenhart to appear for resentencing on January 16, 2025, via videoconference.

On December 20, 2024, this Court authorized the payment of travel related expenses by Ms. Eisenhart based on demonstrated financial hardship. *See ECF*. No. 274. At the time of the application, Ms. Eisenhart was not aware that this Court has allowed misdemeanant offenders to appear for sentencing via video conference.

As this Court is aware, Ms. Eisenhart returns to this court for resentencing in the misdemeanor convictions suffered by her in a stipulated bench trial on April 18, 2023. Ms. Eisenhart subsequently appealed, and following the Supreme Court's decision in *Fischer v. United States* the Department of Justice agreed to vacate her conviction under 18 U.S.C. Sec. 1512(c)(2), and for her case to be remanded to this Court for resentencing on the remaining counts, all of which are misdemeanors.

Undersigned counsel is set to be in the District of Columbia District Court for sentencing on another matter on January 16, 2025, and will appear in-person on Ms. Eisenhart's behalf. However, even with the financial assistance of the U.S. Marshal Service, Ms. Eisenhart must still travel from the Nashville, Tennessee area to the District of Columbia to appear in person on January 16, 2025, requiring an overnight visit and time away from her

employment. On that basis, Ms. Eisenhart respectfully requests that this Court permit her to appear for resentencing via videoconference.

Dated: January 3, 2025                    Respectfully submitted,

                                                                          William L. Shipley, Jr., Esq.
                                                                          PO BOX 745
                                                                          Kailua, Hawaii 96734
                                                                          Tel: (808) 228-1341
                                                                          Email: 808Shipleylaw@gmail.com

I waive my right to appear in-person for the resentencing hearing on January 16, 2025, and consent to proceed via videoconference with the permission of the Court.

                                                                          Lisa Eisenhart